BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA S. PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
405 E. 8th Ave., Ste. 2400
Eugene, OR 97401
Telephone:  (541) 465-6771
Facsimile:   (541) 465-6917
Attorneys for United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:06-CR-60011 |
| v. | GOVERNMENT'S NOTICE OF ATTORNEY SUBSTITUTION |
| JOSEPH DIBEE, ET AL, | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Pamela S. Paaso, Assistant United States Attorney, respectfully notifies the Court that undersigned counsel has been assigned to this matter in place of Assistant United States Attorney William E. Fitzgerald.

DATED this 21st day of December 2017.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela S. Paaso*
PAMELA S. PAASO
Assistant United States Attorney